UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT JENKS,

          Plaintiff,

v.

INS CORPORATION,

          Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 14 2019 ★
BROOKLYN OFFICE

**DECISION & ORDER**
18-CV-6715 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On November 26, 2018, Defendant INS Corporation ("Defendant") removed this personal injury action to this Court on the ground the parties are citizens of different states and the amount in controversy exceeds $75,000.00. *See generally* Notice of Removal (Nov. 26, 2018), ECF No. 1. Chief Magistrate Judge Roanne L. Mann filed a Report and Recommendation recommending this action be remanded *sua sponte* to Supreme Court, Richmond County, for lack of jurisdiction. *See* Report and Recommendation at 1, ECF No. 4. The Report and Recommendation analyzed whether Defendant alleged facts adequate to establish the amount in controversy exceeds the jurisdictional amount for this Court to have diversity jurisdiction. Objections to the Report and Recommendation were to be filed by January 2, 2019. *Id.* at 4. No objections have been filed, and the time to do so has passed.

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton,* 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). We find no such error here. The Court therefore adopts the Report and Recommendation of Chief Magistrate Judge Mann in its entirety. Accordingly, it is hereby ordered that this case be

remanded to Supreme Court, Richmond County. The Clerk of the Court is instructed to close this case.

**SO ORDERED.**

s/WFK
HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: May 14, 2019
      Brooklyn, New York